

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE:  MICHELLE FRENCH, IN HER OFFICIAL CAPACITY AS DENTON COUNTY TAX ASSESSOR-COLLECTOR, | § | No. 08-13-00254-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relator | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

# **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Jonathan Bailey, Judge of the 431st District Court of Denton County, Texas, and concludes the Relator's petition for writ of mandamus should be dismissed.  We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 2ND DAY OF OCTOBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)